IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–28–M–DLC |
| Plaintiff, | ORDER |
| vs. | |
| JACOB ISRAEL STRONG, *aka Jacob Israel Guill*, | |
| Defendant. | |

Before the Court is the Government's unopposed motion to dismiss Count 1 of the indictment without prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.   (Doc. 68.)

IT IS ORDERED that the motion (Doc. 68) is GRANTED.   Count 1 of the Indictment in this case is DISMISSED without prejudice.

DATED this 6th day of March, 2023.

_____
Dana L. Christensen, District Judge
United States District Court

1