UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-22-28-M-DLC |
| Plaintiff, | ORDER |
| vs. | |
| JACOB ISRAEL STRONG, *aka Jacob Israel Guill*, | |
| Defendant. | |

    IT IS HEREBY ORDERED that the Clerk of Court may provide meals for the jurors during their deliberations in the above entitled case.

    DATED this 15th day of March, 2023.

_____
Honorable Dana L. Christensen
United States District Judge