IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB ISRAEL STRONG, *aka Jacob Israel Guill*,<br><br>Defendant. | CR 22–28–M–DLC<br><br><br>ORDER |

Before the Court is the United States' Opposed Motion for Victim/Witness to Appear via Zoom. (Doc. 111.) The Government moves that the Court permit "Jane Doe, the mother of the child who was kidnapped by Jacob Strong . . . , to appear remotely (via Zoom) at Strong's sentencing" scheduled for tomorrow, July 27, 2023, at 10:30 a.m. due to difficulties in obtaining childcare. (*Id.* at 1–2.)

Accordingly, IT IS ORDERED that the motion (Doc. 111) is GRANTED. Jane Doe may appear at the sentencing of Defendant Jacob Israel Strong scheduled for July 27, 2023, at 10:30 a.m. via Zoom. The Clerk of Court shall notify the United States via e-mail of the meeting ID and password for the hearing. Zoom Guidance and Setup available at: https://www.mtd.uscourts.gov/zoom-hearings.

DATED this 26th day of July, 2023.

Dana L. Christensen, District Judge
United States District Court

1