IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB ISRAEL STRONG, *aka*<br>*JACOB ISRAEL GUILL*,<br><br>Defendant. | CR 22–28–M–DLC<br><br><br><br>ORDER |

Before the Court is defendant Jacob Israel Strong's Unopposed Motion to Make Available to Counsel the Filed Jury Note. (Doc. 135.) Counsel for Mr. Strong, Kristina Neal, requests that the jury note filed as Docket No. 86 in this matter be made available so that counsel may complete her review of the record in order to provide effective representation during Mr. Strong's appeal. (*Id.* at 1–2.) The United States does not oppose the motion. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the motion (Doc. 135) is GRANTED. The clerk of court shall provide the jury note (Doc. 86) filed on March 15, 2023, to appellate counsel/current counsel of record, Kristina Neal, and provide a copy to counsel for the United States.

DATED this 5th day of December, 2023.

Dana L. Christensen, District Judge
United States District Court

1