IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB ISRAEL STRONG, *aka Jacob Israel Guill*,<br><br>Defendant. | CR 22–28–M–DLC<br><br><br>ORDER |

On July 27, 2023, the Court sentenced Defendant Jacob Israel Strong to a custodial term of 36 months, followed by one year of supervised release. (Doc. 114.) On August 9, 2023, Strong appealed the final judgment of this Court. (Doc. 118.) That appeal is still pending. On January 23, 2024, Strong filed a motion for sentence reduction pursuant to 18 U.S.C. § 3582(c). (Doc. 138.)

The notice of appeal filed on August 9, 2023, divested this Court of its jurisdiction to consider Strong's motion for sentence reduction. *See Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982) (per curiam) ("[A] federal district court and a federal court of appeals should not attempt to assert jurisdiction over a case simultaneously. The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the

1

appeal."); *see also United States v. Ortega-Lopez*, 988 F.2d 70, 72 (9th Cir. 1993) (applying *Griggs* in the criminal context); *United States v. Maldonado-Rios*, 790 F.3d 62, 64 (1st Cir. 2015) (per curiam) (holding that the district court lacked jurisdiction to rule on a defendant's motion under § 3582(c)(2) while their appeal was pending).

Accordingly, IT IS ORDERED that Strong's motion to reduce sentence (Doc. 138) and all associated deadlines set forth in Standing Order No. BMM-27 are STAYED pending resolution of Strong's appeal in the Ninth Circuit Court of Appeals.

DATED this 26th day of February, 2024.

                                                                    Dana L. Christensen, District Judge
                                                                    United States District Court