IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB ISRAEL STRONG, *aka Jacob Israel Guill*,<br><br>Defendant. | CR 22–28–M–DLC<br><br><br>ORDER |

On July 27, 2023, the Court sentenced Defendant Jacob Israel Strong to a custodial term of 36 months, followed by one year of supervised release. (Doc. 114.) On August 9, 2023, Strong appealed the final judgment of this Court. (Doc. 118.) That appeal is still pending. On January 23, 2024, Strong filed a motion for sentence reduction pursuant to 18 U.S.C. § 3582(c). (Doc. 138.) The Court stayed the motion for sentence reduction pending resolution of Strong's appeal. (Doc. 141.) Strong has now moves to dismiss his motion for sentence reduction. (Doc. 142.)

Accordingly, IT IS ORDERED that Strong's motion to dismiss (Doc. 142) is GRANTED and Strong's motion reduce sentence (Doc. 138) is DISMISSED.

DATED this 4th day of March, 2024.

1

Dana L. Christensen, District Judge
United States District Court